# Court of Appeals of the State of Georgia

ATLANTA, __November 20, 2025__

*The Court of Appeals hereby passes the following order:*

**A26A0572. IN RE ESTATE OF BAHL.**

Appellant Debora Bahl has filed a motion asking us to supplement the appellate record with two categories of items.

First, Bahl asserts that before this appeal was docketed she filed with the Clerk of the Probate Court of Fulton County revised trial transcripts that corrected errors and omissions in the original transcripts. Those revised trial transcripts were not transmitted to this court with the appellate record.

Second, Bahl asserts that at the bench trial in this case the probate court considered deposition transcripts in lieu of trial testimony for several witnesses. Those deposition transcripts were not transmitted to this court with the appellate record.

We have confirmed with the Office of the Clerk of the Probate Court of Fulton County that its record does not contain either the revised trial transcripts or the deposition transcripts. Because it appears that at least some of these materials should have been a part of that record, and because Bahl represents in her motion that these materials are necessary for this court's appellate review, we hereby REMAND the case to allow for completion of the record. See generally OCGA § 5-6-41 (f) (describing methods for correcting an incomplete trial court record).

Upon the completion of the record, the Clerk of the Probate Court of Fulton County

is directed to return the case to us for redocketing.



Court of Appeals of the State of Georgia
　Clerk's Office, Atlanta,＿＿11/20/2025＿＿＿＿＿＿＿＿

　　　　I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

　　　　Witness my signature and the seal of said court hereto affixed the day and year last above written.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ , Clerk.